IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FIFE M. WHITESIDE, | * |
| Plaintiff, | * |
| v. | Case No. 4:16-cv-313 (CDL) |
| | * |
| GEICO INDEMNITY COMPANY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 12, 2017 and the jury verdict dated June 21, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $2,886,204.00 against Defendant, less the percentage of 30% fault assigned to Ms. Bonnie Winslett. The amount shall accrue interest from the date of entry of judgment at the rate of 2.34 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 22nd day of June 2018.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk