IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FIFE M. WHITESIDE, | * |
| Plaintiff, | * |
| v. | Case No. 4:16-cv-313 (CDL) |
| | * |
| GEICO INDEMNITY COMPANY, | |
| | * |
| Defendant. | |
| _____ | * |

## **A M E N D E D   J U D G M E N T**

Pursuant to the Court's granting of the Plaintiff's stipulated motion to alter the judgment, judgment is entered in favor of Plaintiff and against Defendant in the amount of $2,763,742.00. Interest shall accrue on this amount from the date of entry of judgment at the rate of 2.34% per annum until paid in full. Plaintiff shall also recover costs of this action.

This 26th day of June 2018.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk