# Exhibit "B"



# COMBS COURT REPORTING, INC.
PROFESSIONAL, DEPENDABLE REPORTERS
Serving the entire State of Georgia

PO Box 721
Macon, GA 31202
Phone: 800-474-6987
deborah@combscourtreporting.com

# INVOICE

CHARLES A. GOWER, PC
ATTN: Charles A. Gower, Esquire
1425 Wynnton Road
Columbus, GA 31906

Invoice Number: 104354
Invoice Date: 12/26/2016

Client Phone: 706-324-5685

In RE: Fife M. Whiteside vs. GEICO Indemnity Company
Witness(s): Barry Heitin and Melissa Herndon
Attendance Date: 12/07/2016, 9:30am
Reporter: SJOL
Location: CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS - Highridge Centre - 3920 Arkwright Road, Suite 405 - Macon, GA 31201 - 478.745.1181

Invoice Total: 1191.36

Deposition of Barry Heitlin and Melissa Herndon,
Reporting and Original Transcripts
Signatures Not Waived

Please make check out to Combs Court Reporting, Inc.

PLEASE REMIT TO 112 Pierce Avenue, Macon, Georgia 31204

Thank you for doing business with Combs Court Reporting, Inc.
Stenographic Realtime Court Reporters
Schedule our services by visiting our website at
WWW.COMBSCOURTREPORTING.COM
or calling 800.474.6987

For your convenience, we accept MasterCard and Visa.
Please note: If paying by Credit Card, please add .04.

TERMS: Nonclients cash in advance. Clients Net 30.
Accounts over 30 days are subject to 1.5% interest, PLUS $2.00 per month transaction fee. Payment is not contingent upon client reimbursement.

Tax ID: 47-1287858