# Exhibit "I"

**Veritext Corp**
**Southeast Region**

1075 Peachtree St. NE, Suite 3625
Atlanta GA 30309
Tel. 770-343-9696 Fax. 770-343-8430
Fed. Tax ID: 20-3132569



| Bill To: | Charles Gower<br>Gower Law Offices<br>1425 Wynnton Rd.<br>Columbus, GA, 31906-5717 | | Invoice #:<br>Invoice Date:<br>Balance Due: | ATL2960098<br>5/8/2017<br>$1,015.87 |
|---|---|---|---|---|

| Case: | Whiteside v. GEICO |
|---|---|
| Job #: | 2577121 | Job Date: 4/26/2017 | Delivery: Expedited |
| Billing Atty: | Charles Gower |
| Location: | Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP |
| | 275 Scientific Drive | Meridian II, Suite 2000 | Norcross, GA 30092 |
| Sched Atty: | Charles Gower | Gower Law Offices |

| Witness | Description | | Amount |
|---|---|---|---|
| Peter Hildebrand | Original with 1 Certified Transcript | | $1,015.87 |
| Notes: | Including Expedited Delivery | Invoice Total: | $1,015.87 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,015.87 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | ATL2960098 |
|---|---|
| Job #: | 2577121 |
| Invoice Date: | 5/8/2017 |
| Balance: | $1,015.87 |

128303