# Exhibit "K"

# INVOICE

U.S. Legal Support, Inc.
1819 Peachtree Road NE
Suite 220, Peachtree Palisades
Atlanta GA  30309
Phone:404-381-1465   Fax:855-771-1062

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120054350 | 5/10/2017 | 1558910 |
| Job Date | Case No. | |
| 4/20/2017 | 416CV00313CDL | |
| Case Name | | |
| Fife Whiteside vs. Geico Indemnity Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Charles Gower, Esquire
Charles A. Gower, P.C.
1425 Wynnton Road
Columbus GA  31906

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Peter Knowe - Vol I     294.00 Pages @ 3.25    955.50
      Condensed Transcript     15.00    15.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Peter Knowe - Vol II     36.00 Pages @ 3.25    117.00
      Condensed Transcript     15.00    15.00
      Processing/Electronic Delivery     20.00    20.00

**TOTAL DUE >>>**  $1,122.50
AFTER 6/24/2017 PAY  $1,290.88
(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
**(=) New Balance:**  1,122.50

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 706-324-5685   Fax:706-322-2964