# Exhibit "L"

# Accredited Court Reporters, Inc.

708 Broadway
Columbus, Georgia 31902-1701
(706) 323-3640
office@acreporters.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2017 | 041717G1B |

GOWER, CHARLES A.
Attorney at Law
1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906-0509

| Description | Amount |
|---|---|
| One copy of the deposition (with video) of Stephen Hodges taken on April 27, 2017 in the matter of Whiteside vs. Geico Idemnity Company, Case#4:16:CV-00313-CDL in U.S.D.C., Middle District of Georgia. | 262.66 |

EIN: 58-1966162
Invoices not paid within 90 days accrue 1% monthly finance charge

**Total** $262.66