# Exhibit "M"

# Betsy J. Peterson, FOCR

**Federal Official Court Reporter**
Post Office Box 2324
Columbus, GA 31902
**PHONE: 706-329-3868**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 5/29/2018 | 17165 |

| BILL TO: |
|---|
| Mr. Charles A. Gower |
| Gower & Gower |
| Attorneys at Law |
| Post Office Box 5509 |
| Columbus, Georgia 31902 |

| CASE/STYLE: |
|---|
| Whiteside v. GEICO |
| USDC, MDGA, Columbus Division |
| Case No. 4:16-CV-00313-CDL |

| TERMS | REPORTER |
|---|---|
| Due on recpt | BP |

| DESCRIPTION | AMOUNT |
|---|---|
| Transcript of Proceedings before the Honorable Clay D. Land, taken on 2/1/2018. Certified Original (Expedited) (101 pages @ $5.45) | 550.45 |
| | |
| **Invoice Total** | **$550.45** |
| **Balance Due** | **$550.45** |

Thank you. We appreciate you!!