# Exhibit "N"

```
                                                                      1
 1                            INVOICE

 2           HAWTHORNE & WEBB COURT REPORTING
                    & VIDEO CONFERENCING
 3                    478.477.9356
                    149 River Hills Lane
 4                    Macon, GA  31211


 5
     6/2/2018 -
 6
     TO:  CHARLES GOWER                              INV. NO. 805
 7        1425 Wynnton Road
          Columbus, GA 31906
 8        Charlie@cagower.com

 9
     U. S. District Court, Middle District, Columbus Division
10   Whiteside vs GEICO
     CA:  4:16-cv-00313-CDL
11                                          Thanks, but
                                            Mr. Gower paid
12                                          this on 6/6/18
     Reporter:  Julia Scarborough
13
     Taken on 5/30/18   *   Video Deposition of CHARLES GOODROE -
14   Copy
                                                           $877.50
15
                              Julia
16   **If Paid by 7/2/18 - $702.00**   Scarborough

17

18   **CONTACT PERSON:**  Julia Scarborough
            **MAILING ADDRESS:** 149 River Hills Lane
19                                Macon, GA  31211

20

21   Tax Id No:  72-1546342

22

23

24

25                                                         $877.50


                        HAWTHORNE & WEBB
```