# Exhibit O

**Legal Technology Services, Inc.**
4470 Atlanta Highway
Suite A
Loganville, GA 30052

# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 7/21/2018 | 6/21/2018 | 24546 |

BILL TO:

Charles Gower
Charles A. Gower, P.C.
P.O. Box 5509
Columbus, GA 31906-0509

| LTS Case Reference | CM-WHIGEI09 |
|---|---|

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

| Balance Due | $3,282.00 |
|---|---|

------------------------------------------------------------

**Legal Technology Services, Inc.**
4470 Atlanta Highway
Suite A
Loganville, GA 30052

PLEASE INCLUDE INVOICE # ON PAYMENT OR DETACH AND RETURN.

| Terms | Ship Date | Ship Via | Rep |
|---|---|---|---|
| Net 30 | 6/11/2018 | UPS | BB |

| Description | Qty/Hrs | Rate | Amount |
|---|---|---|---|
| HD MP4 viewing copy of the videotape deposition of CHARLES GOODROE, 5/30/18 - Edited (3.5 Hrs) - 2 Sets of 4 copies sent 6/5 and 6/11 | 28 | 50.00 | 1,400.00 |
| Synchronizing encoded videotaped depositions with transcript. (3.5 Hrs) - 2 Sets of 4 syncs sent 6/5 and 6/11 | 28 | 65.00 | 1,820.00 |
| Shipping & Handling - UPS Next Day Air 6/5 & 6/11 | 2 | 31.00 | 62.00 |
| RE: WHITESIDE / WINSLETT v. GEICO | | | |

TERMS: NET 30. 1.5% per month charged on past due accounts.
TIN: 58-2389359  PHONE: (770) 554-1633  EMAIL: mbc@LTSAtlanta.com
WEB: www.LTSAtlanta.com

CREDIT CARD PAYMENTS: A processing fee of 2% will be applied at time of payment.

| Total | $3,282.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,282.00 |