# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| FIFE M. WHITESIDE, Trustee in Bankruptcy, on Behalf of Bonnie Winslett, § § § § | |
| Plaintiff, § | CIVIL ACTION FILE |
| vs. § § | NO.: 4:16-CV-313-CDL |
| GEICO INDEMNITY COMPANY ("GEICO"), § § § § | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

Plaintiff Fife M. Whiteside, Trustee in Bankruptcy, on Behalf of Bonnie Winslett, gives notice that the Judgment, entered on June 22, 2018 (Doc. 120), and the Amended Judgment, entered June 26, 2018 (Doc. 124), have been completely satisfied and paid in full. This Satisfaction of Judgment includes the satisfaction of all Plaintiff's claims to tax costs and recover attorneys' fees and expenses.

Respectfully submitted,

CHARLES A. GOWER, P.C.

/s/ Charles A. Gower
Charles. A. Gower
Georgia Bar No. 303500
Miranda J. Brash
Georgia Bar No. 475203
*Attorneys for Plaintiff*

SGR/25278107.1

1425 Wynnton Road
P. O. Box 5509
Columbus, GA  31906
(706) 324-5685

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

J. Rob Cruser, Esq.
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092

Wallace Miller III, Esq.
Wallace Miller III, LLC
509 Forest Hill Road
Macon, GA  31209-7126

Leah Ward Sears, Esq.
Edward H. Wasmuth, Jr., Esq.
Smith, Gambrel & Russell, LLP
1230 Peachtree St.
Promenade, Suite 3100
Atlanta, GA 30309

    This 21st day of July, 2021.

                              /s/ Charles A. Gower
                              Charles A. Gower
                              Attorney for Plaintiff

1425 Wynnton Road
P. O. Box 5509
Columbus, GA  31906
(706) 324-5685

SGR/25278107.1